This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40281

**ANDRAS SZANTHO, as Personal Representative for the Wrongful Death Estate of NORMA WOLFE,**

 Plaintiff-Appellee,

v.

**CASA ARENA BLANCA, LLC d/b/a CASA ARENA BLANCA NURSING CENTER; and NEW MEXICO HEALTHCARE I, LLC,**

 Defendants-Appellants,

and

**JEFFREY ADISAM, in his capacity as Administrator of Casa Arena Blanca Nursing Center,**

 Defendant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Matthew J. Wilson, District Judge**

Reddick Law, PLLC
Brian D. Reddick
Robert W. Francis
Little Rock, AR

Ron Bell Injury Lawyers
Lee L. Coleman
Albuquerque, NM

for Appellee

Verdi & Ogletree PLLC

Faith Kalman Reyes
Santa Fe, NM

for Appellants

**MEMORANDUM OPINION**

**DUFFY, Judge.**

**{1}** Appellants challenge the district court's order denying their motion to compel arbitration. We issued a notice of proposed summary disposition proposing to reverse and remand for further proceedings. Appellants filed a memorandum in support of our proposed summary reversal, which we have duly considered. Plaintiff did not file a memorandum in opposition to our proposed disposition and the time for doing so has now run.

**{2}** For the reasons outlined in our notice of proposed disposition, and in the absence of opposition from either party, we conclude that Appellants have demonstrated error on appeal. Accordingly, we reverse and remand.

**{3}** **IT IS SO ORDERED.**

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**JANE B. YOHALEM, Judge**